IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

IDAHO LABORERS-EMPLOYERS )
HEALTH & WELFARE TRUST FUND, )
et al., )
                                ) No. 05-838-HU
        Plaintiffs, )
                                )
   v. )
                                ) OPINION AND ORDER
DESERT SAGE CONTRACTORS, INC. )
and UNION PAYROLL SOLUTIONS, )
INC., )
                                )
        Defendants. )

HAGGERTY, Judge:

This is an action to recover delinquent contributions to a labor union health and welfare fund. The defendants were found in default on July 27, 2005 (doc. # 12).

Plaintiffs move for entry of a default judgment in the total amount of $16,250.09, plus an unspecified amount of interest. According to the motion, defendant Desert Sage Contractors, Inc. owes $2,212.19 in contributions, $265.46 as liquidated damages, and an unspecified amount of interest. In addition, plaintiffs seek

OPINION AND ORDER Page 1

recovery of attorney's fees against Desert Sage Contractors in the amount of $$2,546.62, and $207.62, representing half of the filing fee and service fees, together with interest.

According to the motion, defendant Union Payroll Solutions, Inc. owes $9,354.15 in contributions, $1,122.49 in liquidated damages, and an unspecified amount of interest. Plaintiffs also seek recovery of attorney's fees against Union Payroll Solutions in the amount of $2,546.37 and $207.62, representing half of the filing fees and service fees, plus interest.

Plaintiffs have not filed with the court a copy of the Collective Bargaining Agreement or any other evidence of an agreement on how liquidated damages are to be calculated. Further, although plaintiffs assert that interest is owed at a rate of 12% per annum, there is no proof that defendants agreed to 12% interest on delinquent contributions.

Plaintiffs' motion for a default judgment (doc. # 7) is DENIED.

IT IS SO ORDERED.

Dated this  22nd  day of September 2005.

/s/ Ancer L. Haggerty

_____

Ancer Haggerty
United States District Judge

OPINION AND ORDER Page 2