1

2

3                                        FILED '05 JAN 24 13:50USDC-ORP

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8                 FOR THE DISTRICT OF OREGON

9

10   IDAHO LABORERS-EMPLOYERS        )
     HEALTH & WELFARE TRUST FUND,    )
11   et al.,                         )
                                     )        No. 05-838-HA HU
12             Plaintiffs,           )
                                     )
13        v.                         )
                                     )    OPINION AND ORDER
14   DESERT SAGE CONTRACTORS, INC.   )
     and UNION PAYROLL SOLUTIONS,    )
15   INC.,                           )
                                     )
16             Defendants.           )
     _____)

17

18   HAGGERTY, Judge:

19        This is an action to recover delinquent contributions to a

20   labor union health and welfare fund. The defendants were found in

21   default on July 27, 2005 (doc. # 12).

22        Plaintiffs filed a motion for entry of judgment on July 25,

23   2005 (doc. # 7). The motion was denied on September 26, 2005 for

24   failure to submit supporting documentation (doc. # 13). Plaintiffs

25   have now filed a second motion for entry of judgment in the total

26   amount of $16,250.09, plus interest. According to the motion,

27

28   OPINION AND ORDER Page 1

defendant Desert Sage Contractors, Inc. owes $2,212.19 in contributions, $221.21 as liquidated damages, and interest on these amounts at the legal rate of 10% per annum, pursuant to the Trust Agreement. In addition, plaintiffs seek recovery of attorney's fees against Desert Sage Contractors in the amount of $2,546.38, and $207.62, representing half of the filing fee and service fees, together with interest.

According to the motion, defendant Union Payroll Solutions, Inc. owes $9,354.15 in contributions, $935.41 as liquidated damages, and interest on these amounts at the legal rate of 10% per annum, pursuant to the Trust Agreement. Plaintiffs also seek recovery of attorney's fees against Union Payroll Solutions in the amount of $2,546.37 and $207.62, representing half of the filing fees and service fees, plus interest.

Plaintiffs' second motion for entry of judgment (doc. # 14) is GRANTED. Judgment shall be entered against defendant Desert Sage Contractors in the amount of $5,187.40 plus interest at the rate of 10% per annum until paid, and against defendant Union Payroll Solutions, Inc. in the amount of $13,043.55 plus interest at the rate of 10% per annum until paid.

IT IS SO ORDERED.

Dated this 20 day of Oct 2005.

_____
Ancer Haggerty
United States District Judge

OPINION AND ORDER Page 2